# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FELDMAN, MARTIN L.C. | EASTERN DISTRICT OF LOUISIANA | 06/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U S DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

500 POYDRAS STREET, Rm. 555
NEW ORLEANS, LA 70130-3313

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/15/2017 | Rollover IRA Distribution | $860.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 2. FHLMC CMO SER 1505-CL Q | A | Interest | J | T | | | | | |
| 3. Senior Housing Properties 0403 | A | Dividend | | | Sold | 07/11/17 | J | A | |
| 4. NexPoint Credit Strategies | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | |
| 5. Equity Commonweath Com. Sh Ben.Int. | A | Int./Div. | K | T | | | | | |
| 6. GNMA #1924 JUMBO | A | Interest | J | T | | | | | |
| 7. Virtus Total Return Fd | A | Dividend | J | T | Sold (part) | 04/10/17 | J | A | |
| 8. FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 9. AB International Value Fd. Cl C #0436 | A | Dividend | J | T | | | | | |
| 10. Citigroup | A | Dividend | J | T | | | | | |
| 11. GNMA #2005-5 ea | A | Interest | J | T | | | | | |
| 12. Blackrock FLTG Rate Inc. Strategies Fd II | A | Dividend | J | T | | | | | |
| 13. Blackrock Ltd Duration Income Trust | B | Dividend | K | T | | | | | |
| 14. Shoretel, Inc. | A | Dividend | | | Sold | 09/25/17 | J | A | |
| 15. Archer, Ltd | A | Dividend | J | T | Sold (part) | 04/21/17 | J | A | |
| 16. Bank of America | A | Dividend | J | T | | | | | |
| 17. RAIT Financial Trust - 0403 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chase Bank | A | Interest | K | T | | | | | |
| 19. Eaton Vance Ltd. Duration Income Fund | B | Dividend | K | T | | | | | |
| 20. FNMA1993-82H, 0403 | A | Interest | J | T | | | | | |
| 21. Proshares Ultra Financials-IRA | A | Distribution | J | T | | | | | |
| 22. Healthways, Inc.-IRA | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 23. Energy Transfer Partners former Energy Transfer Equity IRA | A | Distribution | J | T | Sold (part) | 03/08/17 | J | A | |
| 24. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 25. Triangle Capital Corporation | B | Dividend | | | Sold | 03/24/17 | J | A | |
| 26. Blackrock Enhanced Equity Trust | A | Dividend | J | T | | | | | |
| 27. Five Star Senior Living | A | Dividend | J | T | | | | | |
| 28. Quicksilver Resources 0403 | A | Dividend | J | T | | | | | |
| 29. Frontier Communications | A | Dividend | | | Sold (part) | 07/17/17 | J | A | |
| 30. | | | | | Sold | 09/18/17 | J | A | |
| 31. Surburban Propane Partnership LP | A | Distribution | J | T | | | | | |
| 32. FHLMC CMO Series 3699 LA | B | Interest | K | T | | | | | |
| 33. Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 34. FHLMC CMO Series 3772 NA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidus Investment Corporation | A | Dividend | | | Sold | 11/15/17 | K | A | |
| 36. Aegon NV 8% Note | A | Interest | J | T | | | | | |
| 37. FNMA CMO Series 2012-120QA | A | Interest | J | T | | | | | |
| 38. FNMA CMO 2012-152 TA 0403 | A | Interest | J | T | | | | | |
| 39. Spyglass Res Corporation#0403 | A | Dividend | J | T | | | | | |
| 40. Eagle Class-JPMorgan Prime MM 0403 | A | Int./Div. | J | T | | | | | |
| 41. Raymond James Bank Deposit Program, IRA (Y) | | | | | | | | | |
| 42. Oaktree Specislty Lending | A | Dividend | J | T | | | | | |
| 43. Blackstone Group LP | A | Distribution | J | T | Buy (add'l) | 04/25/17 | J | | |
| 44. | | | | | Buy (add'l) | 07/24/17 | K | | |
| 45. GNMA Remic Trust 3.5% 2013-104 | B | Interest | J | T | | | | | |
| 46. Eagle Class-JPMorgan Prime Money Market | A | Dividend | J | T | | | | | |
| 47. Crestwood Equity Partners LP | A | Distribution | J | T | | | | | |
| 48. Fannie Mae 8.25% Pfd. #0403 | A | Int./Div. | J | T | | | | | |
| 49. KKR & Company LP | A | Distribution | J | T | | | | | |
| 50. Memorial Production Partners LP | A | Distribution | | | Sold | 05/30/17 | J | A | |
| 51. Alcentra CAP Corp. | A | Dividend | | | Sold (part) | 07/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 07/18/17 | K | A | |
| 53. GNMA Remic Trust 2013-131 KQ 3.5% | A | Interest | J | T | | | | | |
| 54. Brookfield Real Assets Income Fund Inc. | A | Dividend | J | T | | | | | |
| 55. Blackrock Muni Income TR II | A | Int./Div. | J | T | | | | | |
| 56. HCP Inc. REIT | A | Dividend | J | T | | | | | |
| 57. Alcentra Cap. Corporation #0403 | B | Dividend | | | Sold | 07/18/17 | J | A | |
| 58. Eagle Class-JPMorgan Prime MM #0436 | A | Dividend | J | T | | | | | |
| 59. Two HBRS Invt. Corporation REIT #0403 and IRA | A | Dividend | K | T | Buy (add'l) | 09/01/17 | J | | |
| 60. | | | | | Sold (part) | 11/10/17 | J | A | |
| 61. Sandridge Permian Tr. Com. Unit Ben. Int.#0403 | A | Distribution | J | T | | | | | |
| 62. Barings Global Short Duration #0403 | A | Dividend | K | T | | | | | |
| 63. Huntington Bancshares Inc. (Y) | | | | | | | | | |
| 64. Carlyle Group LP | A | Distribution | J | T | | | | | |
| 65. Cohen & Steers Quality Rlty Fd | A | Dividend | J | T | | | | | |
| 66. GNMA Remic Trust 2015-144 KQ | A | Interest | | | Sold | 05/22/17 | J | A | |
| 67. Nexpoint Residential Tr. Inc. | A | Dividend | J | T | | | | | |
| 68. Fortress Investment Group #0403 | A | Dividend | | | Sold | 02/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Carlyle Group LP #0403 | A | Dividend | J | T | | | | | |
| 70. FHLMC Remic Ser. 4419 PD 3% | A | Interest | J | T | | | | | |
| 71. Lazard Limited SHS A | A | Dividend | | | Sold | 07/13/17 | J | A | |
| 72. Microsoft Corporation | A | Dividend | | | Sold | 09/20/17 | J | C | |
| 73. Energy Transfer Partners #0403 | A | Distribution | J | T | | | | | |
| 74. TPG Specialty Lending Inc. #0403 | A | Dividend | | | Sold | 01/18/17 | J | A | |
| 75. Western Asset High Inc. Opp. Fd. | A | Dividend | | | Buy (add'l) | 04/04/17 | J | | |
| 76. | | | | | Sold | 10/09/17 | J | A | |
| 77. FHLMC REMIC Series 4116 GA 2.5% | B | Interest | J | T | | | | | |
| 78. First TR High Income L/S Fd. | A | Dividend | J | T | | | | | |
| 79. Monroe Cap. Corporation | A | Dividend | | | Sold | 06/01/17 | J | A | |
| 80. Prudential SHT Duration High Yld. Fd. | B | Dividend | | | Sold | 09/13/17 | K | A | |
| 81. TPG Specialty Lending Inc. | A | Dividend | | | Sold | 03/20/17 | J | B | |
| 82. TCP CAP Corporation | A | Dividend | | | Sold | 11/15/17 | K | A | |
| 83. Quality Care Properties Inc. REIT | A | Dividend | J | T | | | | | |
| 84. MPLX LP | A | Distribution | | | Sold | 01/06/17 | J | A | |
| 85. MedEquities Realty Tr. Inc. REIT | A | Dividend | | | Sold | 03/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Weyerhaeuser Company REIT | A | Dividend | | | Sold | 04/05/17 | J | B | |
| 87. Nokia Corporation ADR | A | Dividend | | | Sold | 02/28/17 | J | A | |
| 88. Wildhorse Resource Dev Corp | A | Dividend | | | Buy | 01/11/17 | J | | |
| 89. | | | | | Sold (part) | 05/30/17 | J | A | |
| 90. | | | | | Sold | 06/14/17 | J | A | |
| 91. Brighthouse Financial Inc. | A | Dividend | | | Buy | 05/24/17 | J | | |
| 92. | | | | | Sold (part) | 08/11/17 | J | A | |
| 93. | | | | | Sold | 10/27/17 | J | H2 | |
| 94. B&G Foods Inc. | A | Dividend | | | Buy | 03/23/17 | J | | |
| 95. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 96. | | | | | Sold | 05/04/17 | K | A | |
| 97. Spectra Energy Partners LP | A | Distribution | J | T | Buy | 04/10/17 | J | | |
| 98. | | | | | Sold | 06/07/17 | J | A | |
| 99. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 100. FNB Corporation PA | A | Dividend | | | Buy | 06/23/17 | J | | |
| 101. | | | | | Sold | 07/17/17 | J | A | |
| 102. Abbvie Inc. | A | Dividend | | | Buy | 03/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 07/27/17 | J | A | |
| 104. Verizon Communications Inc. | A | Dividend | | | Buy | 04/20/17 | J | | |
| 105. | | | | | Sold | 08/15/17 | J | A | |
| 106. CNH Ind. N V | A | Dividend | | | Buy | 02/07/17 | J | | |
| 107. | | | | | Sold | 10/13/17 | J | A | |
| 108. Commercial Metals Company | A | Dividend | | | Buy | 03/31/17 | J | | |
| 109. | | | | | Sold | 04/06/17 | J | A | |
| 110. Metlife Inc. | A | Dividend | J | T | Buy | 05/30/17 | J | | |
| 111. Guggenheim Guggenheim Discount Opportunity Strategy Port. | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 112. General Electric Company | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 113. Abbott Labs | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 114. Amplify Energy Corp | A | Dividend | J | T | Buy | 05/04/17 | J | | |
| 115. Targa Res Corporation | A | Dividend | J | T | Buy | 10/27/17 | J | | |
| 116. Plains All American Pptys Inc. | A | Distribution | J | T | Buy | 07/13/17 | J | | |
| 117. Hi-Crush Partners LP | A | Distribution | J | T | Buy | 11/21/17 | J | | |
| 118. Ares Cap Corporation | A | Dividend | J | T | Buy | 08/14/17 | J | | |
| 119. Boulder Growth & Income Fd. | A | Dividend | J | T | Buy | 10/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ALPS ETF Trust Alerian | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 121. GNMA Remic 2017-130 AB | A | Interest | J | T | Buy | 08/30/17 | J | | |
| 122. Mueller Wtr. Products Inc. Ser. A | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 123. Sanchex Midstream Partners | A | Dividend | | | Buy | 01/18/17 | J | | |
| 124. | | | | | Sold (part) | 02/23/17 | J | A | |
| 125. | | | | | Sold | 03/23/17 | J | A | |
| 126. Apollo Investment Corp. | A | Dividend | | | Buy | 02/22/17 | J | | |
| 127. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 128. | | | | | Sold (part) | 05/08/17 | J | A | |
| 129. | | | | | Sold | 05/09/17 | J | A | |
| 130. Viper Energy Partners | A | Distribution | | | Buy | 05/15/17 | J | | |
| 131. | | | | | Sold | 06/21/17 | J | A | |
| 132. Oaktree Cap Group LLC Cl. A | A | Distribution | | | Buy | 01/05/17 | J | | |
| 133. | | | | | Sold | 09/12/17 | J | A | |
| 134. Cohen & Steers Total Return #0403 | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 135. Guggenheim Guggenheim Disc. Opp.Strategy #0403 | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 136. Guggenheim Total Income Port. #0403 | A | Dividend | J | T | Buy | 09/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Granite PT Mtg. Tr.#0403 and IRA | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 138. | | | | | Sold (part) | 12/07/17 | J | A | |
| 139. Consolidatd Comm. Hldgs. Inc. #0403 | A | Dividend | J | T | Buy | 09/20/17 | J | | |
| 140. Enterprise Products Partners LP | A | Distribution | | | Buy | 01/03/17 | J | | |
| 141. | | | | | Sold | 02/27/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII.

Line 42 - Name Change - formerly Fifth Street Finance

Line 9 - Class Conversion only from Cl. A to C.

Line 73 - Formerly Sunoco Logistics Ptrs. LP, now Energy Transfer Partners. Name Change.

Line 27 - Formerly Five Star Quality Care - Name change.

Line 41 - Changed Money Market Clearing Bank previous and did not remove this line.

Line 63 - Failed to remove on prior report as sold all and confusion with multiple investment accounts.

Line 23 - Name change to Energy Transfer Partners from Energy Equity Partners.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARTIN L.C. FELDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544